USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/5/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LESLIE BELL,                                    :        20-CV-5940 (LJL) (RWL)
                                                :
                Plaintiff,                      :
                                                :
        - against -                             :        **ORDER**
                                                :
TARGET CORPORATION,                             :
                                                :
                Defendant.      :
                                                :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This matter has been referred to me for settlement purposes. By November 12, 2020, the parties shall inform the Court whether they would like to have a settlement conference at this juncture, and, if not, at what point in the litigation they believe a settlement conference would be most helpful.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: November 5, 2020
       New York, New York

Copies transmitted this date to all counsel of record.

1